AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| Steven Lee Walker | ) |
| *Plaintiff* | ) |
| v. | ) |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

Civil Action No.  3:20-cv-445

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:  Judgment in Plaintiff's favor under Fed. R. Civ. P. 58; This matter is REMANDED to the Social Security Administration, pursuant to sentence four of 42 U.S.C. §405(g), for further consideration consistent with this Decision.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Magistrate Judge Sharon L. Ovington  on a motion for

    Joint Stipulation to Remand to the Commissioner.

Date:  8-6-2021

CLERK OF COURT

*Signature of Clerk or Deputy*